IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

LONNIE CHARLES CARGILLE,

    Plaintiff(s),

vs.

UNITED STATES COURTHOUSE,

    Defendant(s).

Case Number: 1:07cv965

District Judge Susan J. Dlott

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Timothy S. Black filed on March 14, 2008 (Doc. 5), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired April 3, 2008, hereby ADOPTS said Report and Recommendations. However, on April 3, 2008, the copy of the Report and Recommendation sent to Plaintiff by certified mail was returned to the Clerk's Office as undeliverable (Doc. 6). Plaintiff has failed to notify the Court of any forwarding address.

Accordingly, Defendant's Motion to Dismiss (Doc. 3) is GRANTED and this case is TERMINATED.

IT IS SO ORDERED.

_____
Susan J. Dlott
United States District Judge